[No. 27762-6-I.   Division One.   April 19, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. DORSEY McKINZY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 90-1-00873-4, Jerome M. Johnson, J., entered January 23, 1991. *Affirmed* by unpublished opinion per Forrest, J., concurred in by Grosse and Kennedy, JJ.

[No. 28345-6-I.   Division One.   April 19, 1993.]

GARY F. RESLER, ET AL, *Appellants*, v. JOHN F. ANDERSON, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 90-2-06968-9, John F. Wilson, J., entered April 3, 1991. *Affirmed in part* and *reversed in part* by unpublished opinion per Scholfield, J., concurred in by Pekelis, A.C.J., Kennedy, J., dissenting.

[No. 28961-6-I.   Division One.   April 19, 1993.]

RAYMOND WIBBENS, *Appellant*, v. SKAGIT COUNTY, *Respondent*.

Appeal from a judgment of the Superior Court for Skagit County, No. 90-2-00468-9, Gilbert E. Mullen, J., entered July 1, 1991. *Affirmed* by unpublished opinion per Baker, J., concurred in by Webster, C.J., and Scholfield, J.